UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE MONIQUE JENE HARDEMAN BEY,

Case No. 26-mc-51141

Honorable Robert J. White

**ORDER DISMISSING MISCELLANEOUS ACTION FOR LACK OF SUBJECT MATTER JURISDICTION**

Monique Jene Hardeman Bey commenced this miscellaneous action through a self-styled "Notice of Declared Intent and Surrender of Live Birth Certificate." (ECF No. 1). The notice appears to state Hardeman Bey's intent to exempt herself from the jurisdiction of the United States.

The Court may "sua sponte dismiss a complaint for lack of subject matter jurisdiction pursuant to [Fed. R. Civ. P.] 12(b)(1) when," as here, its allegations "are totally implausible, attenuated, unsubstantial, frivolous, devoid of merit, or no longer open to discussion." *Apple v. Glenn*, 183 F.3d 477, 479 (6th Cir. 1999); *see also Hagans v. Lavine*, 415 U.S. 528, 536-37 (1974); Fed. R. Civ. P. 12(h)(3). While this type of dismissal is appropriate "only [in] the rarest circumstances," Hardeman

Bey's initial pleading falls within this category and must be "deemed totally implausible." *Apple*, 183 F.3d at 480. Accordingly,

IT IS ORDERED that the "Notice of Declared Intent and Surrender of Live Birth Certificate" (ECF No. 1) is dismissed for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED that Hardeman Bey's application for leave to proceed *in forma pauperis* (ECF No. 2) is denied as moot.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to close this miscellaneous action.

Dated: October 13, 2026

s/ Robert J. White
Robert J. White
United States District Judge