UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE MONIQUE JENE HARDEMAN BEY, | Case No. 26-mc-51141<br><br>Honorable Robert J. White |

**ORDER DENYING MOTION TO STAY EVICTION**

Monique Jene Hardeman Bey commenced this miscellaneous action through a self-styled "Notice of Declared Intent and Surrender of Live Birth Certificate." (ECF No. 1). The notice appears to state Hardeman Bey's intent to exempt herself from the jurisdiction of the United States. The Court already dismissed this case for lack of subject matter jurisdiction. (ECF No. 5).

Now, Hardeman Bey seeks a stay of eviction from a residential property located in Detroit, Michigan. (ECF No. 6). Because she exclusively challenges the eviction on state constitutional grounds, the Court continues to lack the necessary subject matter jurisdiction to grant the requested relief. *See Ladd v. Marchbanks*, 971 F.3d 574, 582 (6th Cir. 2020) (stating that "to the extent Plaintiffs seek equitable relief against Marchbanks for violating the Ohio Constitution, we have no authority

to grant it."); *see also Pennhurst State Sch. & Hosp. v. Halderman*, 465 U.S. 89, 121 (1984). Accordingly,

IT IS ORDERED that Hardeman Bey's motion to stay her eviction (ECF No. 6) is denied.

Dated: October 21, 2026

s/ Robert J. White
Robert J. White
United States District Judge